## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ALVIN GRESHAM,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND BRIAN WARD, ASSOCIATE
WARDEN,
Respondents.

No. 73621

FILED

APR 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a petition for judicial review of an inmate grievance matter. First Judicial District Court, Carson City; James Todd Russell, Judge.[1]

Having considered appellant's informal brief and the record, we conclude that there is no justiciable controversy to resolve in this appeal. Appellant concedes that NDOC properly denied his grievance but his appeal is simply seeking clarification as to which one of two reasons was the proper basis for its denial. Since clarifying this matter would not resolve any dispute concerning the parties' respective rights and obligations, we decline to give such clarification. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602,

---

[1]We conclude that a response to the informal brief is not necessary. NRAP 46A(c). Pursuant to NRAP 34(f)(3), this appeal has been submitted for decision based on the pro se brief and the record.

 

18-14111

245 P.3d 572, 574 (2010) ("This court's duty is not to render advisory opinions but, rather, to resolve actual controversies by an enforceable judgment."). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Douglas

_____, J.          _____, J.
Pickering                             Hardesty

cc:  Hon. James Todd Russell, District Judge
     Michael Alvin Gresham
     Attorney General/Carson City
     Attorney General/Las Vegas
     Carson City Clerk